AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Friedman, Paul L. | 2. Court or Organization  U.S. District Court | 3. Date of Report  05/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse, Rm. 6012
333 Constitution Ave. N.W.
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Secretary of the American Law Institute & member of its Council (the governing body of the Institute) & the Executive Committee since 1998 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | ▨ Retirement Income Pension Plan Administered by State Street Retiree Service - Pension Plan | $22,509.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ▨ ▨ - Retirement Plan Distribution |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | 01/14-01/16/2015 | Philadelphia, PA | Meeting of ALI Council | Transportation, hotel, meals |
| 2. | American Law Institute | 10/14-10/16/2015 | Philadelphia, PA | Meeting of ALI Council | Transportation, hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ▓▓▓▓▓▓ | Washington Ballet Annual Ball | $500.00 |
| 2. | ▓▓▓ | Hotel & related expenses in connection with her wedding | $375.00 |
| 3. | ▓▓▓ | National Symphony Orchestra Ball | $500.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Charles Schwab & Co., Inc. | Margin Loan on assets held in Brokerage Account | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT (H) | | | | | | | | | |
| 2. -Gabelli Small Cap Fund | C | Dividend | L | T | | | | | |
| 3. -Gabelli Asset Fund | D | Dividend | L | T | | | | | |
| 4. -Harbor International | D | Dividend | M | T | | | | | |
| 5. -iShares Cohen & Steers Realty Majors Index Fund | B | Dividend | L | T | | | | | |
| 6. -iShares Russell 1000 Growth Index Fund | B | Dividend | M | T | | | | | |
| 7. -iShares Russell 2000 Growth Index Fund | A | Dividend | K | T | | | | | |
| 8. -iShares Russell 2000 Value Index Fund | A | Dividend | L | T | | | | | |
| 9. -Brown Capital Mgmt Small Company Fund | B | Dividend | K | T | | | | | |
| 10. -SPDR S&P Dividend Fund | C | Dividend | L | T | | | | | |
| 11. -Vanguard Limited Term Tax Exempt Fund | A | Dividend | | | Buy | 7/29/15 | K | | |
| 12. | | | | | Buy (add'l) | 08/07/15 | K | | |
| 13. | | | | | Sold | 12/07/15 | L | A | |
| 14. -Vanguard Long Term Tax Exempt Fund | B | Dividend | L | T | Buy | 08/07/15 | L | | |
| 15. IRA ACCOUNT #1 (H) | | | | | | | | | |
| 16. -T. Rowe Price Equity Income Fund | | None | | | Sold (part) | 01/20/15 | K | D | |
| 17. | | | | | Sold | 02/20/15 | M | E | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Lonleaf Partners Small Cap Fund | D | Dividend | M | T | | | | | |
| 19.  -PIMCo Real Return Fund | B | Dividend | M | T | | | | | |
| 20.  -Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 21.  -Morgan Stanley US RE Fund | E | Dividend | M | T | Sold (part) | 07/29/15 | K | C | |
| 22. | | | | | Sold (part) | 12/08/15 | J | A | |
| 23.  -American Funds EuroPacific Growth Fund | C | Dividend | M | T | | | | | |
| 24.  -T. Rowe Price Mid Cap Growth Fund | D | Dividend | M | T | Sold (part) | 07/29/15 | K | D | |
| 25.  -Dodge & Cox Stock Fund | D | Dividend | M | T | | | | | |
| 26.  -First Eagle Global Fund | B | Dividend | M | T | Sold (part) | 07/29/15 | K | D | |
| 27.  -Loomis Sayles Investment Gr Bond Fund | D | Dividend | M | T | Buy (add'l) | 08/07/15 | J | | |
| 28. | | | | | Sold (part) | 10/15/15 | K | D | |
| 29. | | | | | Buy (add'l) | 11/19/15 | M | | |
| 30. | | | | | Sold (part) | 12/08/15 | K | A | |
| 31.  -Royce Special Equity Fund | C | Dividend | K | T | | | | | |
| 32.  -T. Rowe Price Capital Appreciation Fund | D | Dividend | M | T | Sold (part) | 07/29/15 | K | D | |
| 33.  -Vanguard PRIMECAP Core Fund | D | Dividend | N | T | Sold (part) | 12/08/15 | K | E | |
| 34.  -Vanguard Small Cap Growth Index Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Lazard Emerging Markets Fund | A | Dividend | | | Sold | 11/19/15 | K | A | |
| 36. -PRIMECAP Odyssey Stock Fund | B | Dividend | L | T | Sold (part) | 07/29/15 | L | E | |
| 37. | | | | | Sold (part) | 12/08/15 | K | D | |
| 38. -T. Rowe Price Growth Stock Fund | D | Dividend | L | T | Sold (part) | 01/20/15 | K | D | |
| 39. -SPDR S&P Dividend Fund | C | Dividend | L | T | Sold (part) | 02/24/15 | L | E | |
| 40. | | | | | Sold (part) | 07/31/15 | K | D | |
| 41. -Dodge & Cox Income Fund | D | Dividend | N | T | Buy (add'l) | 07/29/15 | M | | |
| 42. | | | | | Buy (add'l) | 10/15/15 | K | | |
| 43. -Loomis Sayles Bond Fund | C | Dividend | | | Buy (add'l) | 08/07/15 | K | | |
| 44. | | | | | Sold (part) | 10/15/15 | K | A | |
| 45. | | | | | Sold | 11/19/15 | M | A | |
| 46. -Goldman Sachs Bank CD | B | Interest | M | T | | | | | |
| 47. -Discover Bank CD | B | Interest | M | T | | | | | |
| 48. -GE Capital Bank CD | A | Interest | | | Matured | 02/17/15 | L | A | |
| 49. -Templeton Global Bond Fund | A | Dividend | | | Sold | 01/20/15 | L | A | |
| 50. -Goldman Sachs Bank CD | B | Interest | L | T | | | | | |
| 51. -Gabelli Small Cap Growth Fund | B | Dividend | K | T | Buy (add'l) | 08/07/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Corporate Bond Fund | D | Dividend | M | T | Buy (add'l) | 07/31/15 | K | | |
| 53. | | | | | Sold (part) | 10/19/15 | L | A | |
| 54. | | | | | Sold (part) | 10/22/15 | M | A | |
| 55. -Vanguard Dividend Appreciation Fund | C | Dividend | M | T | Sold (part) | 02/24/15 | K | C | |
| 56. -American Express CD | B | Interest | M | T | | | | | |
| 57. -Goldman Sachs Bank CD | A | Interest | L | T | Buy | 01/22/15 | L | | |
| 58. -Synchrony Bank CD | A | Interest | L | T | Buy | 01/23/15 | L | | |
| 59. -JP Morgan Equity Income Fund | C | Dividend | M | T | Buy | 02/20/15 | M | | |
| 60. | | | | | Buy (add'l) | 08/07/15 | L | | |
| 61. -Schwab US Dividend Fund | C | Dividend | M | T | Buy | 02/24/15 | M | | |
| 62. | | | | | Buy (add'l) | 07/31/15 | K | | |
| 63. | | | | | Buy (add'l) | 10/19/15 | K | | |
| 64. -iShares Core US Aggregate Bond Fund | B | Dividend | N | T | Buy | 10/19/15 | L | | |
| 65. | | | | | Buy (add'l) | 11/23/15 | K | | |
| 66. | | | | | Buy (add'l) | 12/10/15 | M | | |
| 67. -American Funds New World Fund | A | Dividend | K | T | Buy | 11/19/15 | K | | |
| 68. IRA ACCOUNT #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 70. -T. Rowe Price Mid Cap Growth Fund | D | Dividend | L | T | | | | | |
| 71. -Loomis Sayles Investment Grade Bond Fund | B | Dividend | | | Sold | 11/19/15 | L | A | |
| 72. -T. Rowe Price Growth Stock Fund | D | Dividend | M | T | Sold (part) | 02/20/15 | L | E | |
| 73. -American Funds EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 74. -Brown Capital Mgmt Small Company Fund | C | Dividend | K | T | | | | | |
| 75. -Royce Special Equity Fund | | | | | Sold | 07/29/15 | K | C | |
| 76. -American Funds New World Fund | A | Dividend | J | T | | | | | |
| 77. -First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 78. -SPDR S&P Dividend Fund | C | Dividend | L | T | Sold (part) | 02/24/15 | K | D | |
| 79. | | | | | Sold (part) | 07/31/15 | K | D | |
| 80. -Dodge & Cox Income Fund | C | Dividend | L | T | Buy (add'l) | 07/29/15 | K | | |
| 81. | | | | | Sold (part) | 12/08/15 | J | A | |
| 82. -Loomis Sayles Bond Fund | C | Dividend | K | T | Sold (part) | 12/08/15 | J | A | |
| 83. -Templeton Global Bond Fund | A | Dividend | | | Sold | 01/20/15 | J | A | |
| 84. -Goldman Sachs Bank CD | A | Interest | K | T | | | | | |
| 85. -Vanguard Small Cap Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -Vanguard Corporate Bond Fund | A | Dividend | L | T | Buy (add'l) | 07/31/15 | J | | |
| 87. | | | | | | Buy (add'l) | 12/10/15 | J | | |
| 88. | -Discover Bank CD | A | Interest | K | T | | | | | |
| 89. | -Goldman Sachs Bank CD | A | Interest | K | T | | | | | |
| 90. | -Vanguard Dividend Appreciation Fund | | None | | | Sold | 02/24/15 | J | B | |
| 91. | -Synchrony Bank CD | A | Interest | K | T | | | | | |
| 92. | -PRIMECAP Odyssey Stock Fund | A | Dividend | K | T | Buy | 02/20/15 | K | | |
| 93. | -Schwab US Dividend Fund | B | Dividend | L | T | Buy | 02/24/15 | K | | |
| 94. | | | | | | Buy (add'l) | 07/31/15 | K | | |
| 95. | -iShares Core US Aggregate Bond Fund | A | Dividend | L | T | Buy | 11/23/15 | L | | |
| 96. | MONEY MARKET ACCOUNTS (H) | | | | | | | | | |
| 97. | T. Rowe Price Tax Exempt Fd | A | Interest | M | T | | | | | |
| 98. | Schwab US Treasury Money Fd | A | Interest | K | T | | | | | |
| 99. | BROKERAGE ACCOUNT: Tax Exempt (H) | | | | | | | | | |
| 100. | -District of Columbia | A | Interest | K | T | Buy | 08/11/15 | K | | |
| 101. | -District of Columbia | A | Interest | L | T | Buy | 08/11/15 | L | | |
| 102. | -District of Columbia | A | Interest | K | T | Buy | 08/11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  STOCK WARRANTS (H) | | | | | | | | | |
| 104.  -Scios Nova Inc | | None | J | T | | | | | |
| 105.  LIFE INSURANCE (H) | | | | | | | | | |
| 106.  Security Mutual Life Ins. Co. of NY Universal Life Policy | C | Dividend | M | T | | | | | |
| 107.  Mass Mtual Life Ins Co | A | Dividend | K | T | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 104:  Scios Nova Inc stock warrants.  Four Contingent Payment Rights issued to former limisted partners of Nova Technology Limited Partnership in 1993.

Part VII, Line 106: Security Mutual Life Ins. Co. Of NY, Universal Life Policy.  No underlying investment options.

Part VII, Line 107: Mass Mutual Life Ins Co.  Group Flexible Premium Adjustable Life Insurance Policy.  No underlying investment options.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul L. Friedman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544